Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Daniel T. LeBel (State Bar No. 246169)
dlebel@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Attorneys for Individual and Representative Plaintiff John Schneider*

Hojoon Hwang (State Bar No. 184950)
hojoon.hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Fascimile: (415) 512-4077

*Attorneys for Defendants*

Daniel,
I don't [illegible handwritten note] your [illegible] 3 criminal should already have [illegible]

FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCHNEIDER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON INTERNET SERVICES, INC., and GTE.NET LLC, d/b/a VERIZON INTERNET SOLUTIONS,<br><br>Defendants. | Case No.: CV 08-07856 R (CWx)<br><br>**STIPULATION RE LOCAL RULE 23-3 AND ORDER DENYING** ~~DECLARATION OF ROSEMARY M. RIVAS~~<br><br>**CLASS ACTION** |

-1-
STIPULATION RE LOCAL RULE 23-3
CASE NO. CV 08-07856 R (CWx)

7206119.1