1  HENRY WEISSMANN (State Bar No. 132418)
   Henry.Weissmann@mto.com
2  HEATHER E. TAKAHASHI (State Bar No. 245845)
   Heather.Takahashi@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6

7  HOJOON HWANG (State Bar No. 184950)
   Hojoon.Hwang@mto.com
8  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
9  Twenty-Seventh Floor
   San Francisco, CA  94105
10 Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
11
   Attorneys for Defendants
12 VERIZON INTERNET SERVICES INC. AND
   GTE.NET LLC D/B/A VERIZON INTERNET
13 SOLUTIONS

14

15                    UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

17 | JOHN SCHNEIDER on behalf of himself and all others similarly situated,  | CASE NO.  CV 08-07856 R CWx
18 | Plaintiff,                                                              |
19 |                                                                         | **JUDGMENT**
20 | vs.                                                                     |
21 | VERIZON INTERNET SERVICES, INC and GTE.NET LLC d/b/a VERIZON INTERNET SOLUTIONS, |
22 | Defendants.                                                             |
23 |                                                                         | The Honorable Manuel L. Real

24

25

26

27

28

7477343.2

[PROPOSED] JUDGMENT
CV 08-07856 R CWX

This action came on for hearing before the Court, The Honorable Manuel L. Real, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Dated at Los Angeles, California this 2nd day of April, 2009.

_____
United States District Judge

Respectfully submitted,

DATED:   April 2, 2009          MUNGER, TOLLES & OLSON LLP

By:  */s/ Heather E. Takahashi*
         Heather E. Takahashi

355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702
*Attorneys for Defendants*